# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL ZIELANSKI** | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 23-3847 |
| v. | : | |
| **BUCKS COUNTY CHILDREN &** | : | |
| **YOUTH SOCIAL SERVICES** | : | |
| **AGENCY** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 12th day of April 2024, upon consideration of Plaintiff's *motion to voluntarily dismiss action without prejudice*, (ECF 2), it is hereby **ORDERED** that Plaintiff's motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this matter is **DISMISSED**, *without prejudice*. The Clerk of Court is directed to mark this matter closed.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*